# EXHIBIT A

| IP | ISP | Date/Time (CST) | Torrent |
|---|---|---|---|
| 96.41.9.64 | Charter Communications | 8/28/10 12:50 PM | Domino - Shemale Yum (070210) |
| 68.117.181.53 | Charter Communications | 8/28/10 11:05 AM | Shemale Yum Brooke Zanell Set 4 |
| 71.92.246.201 | Charter Communications | 8/28/10 11:04 AM | Shemale Yum Brooke Zanell Set 4 |
| 68.186.245.229 | Charter Communications | 8/28/10 11:00 AM | Shemales-from-hell - Giselly and Pablo |
| 68.191.219.173 | Charter Communications | 8/27/10 8:16 PM | Shemale Yum Brooke Zanell Set 4 |
| 71.22.239.238 | Clearwire Corporation | 8/28/10 2:38 PM | Shemale Pornstar - Celeste 6 |
| 75.94.230.251 | Clearwire Corporation | 8/28/10 9:50 AM | Shemale Yum - Danni Daniels 3 |
| 67.162.96.30 | Comcast Cable | 8/28/10 2:37 PM | Shemale Yum |
| 174.59.50.210 | Comcast Cable | 8/28/10 2:37 PM | Shemale Yum - Danni Daniels 3 |
| 67.176.143.98 | Comcast Cable | 8/28/10 2:36 PM | Shemale Yum |
| 76.94.245.191 | Comcast Cable | 8/28/10 1:44 PM | Shemale Yum - Danni Daniels 3 |
| 24.34.181.17 | Comcast Cable | 8/28/10 11:05 AM | Shemale Yum  Curvy Mariah |
| 76.19.100.70 | Comcast Cable | 8/28/10 10:04 AM | Shemale Pornstar - Celeste 6 |
| 67.186.135.93 | Comcast Cable | 8/28/10 9:50 AM | Shemales-from-hell - Giselly and Pablo |
| 76.118.31.35 | Comcast Cable | 8/28/10 9:36 AM | Shemale Yum |
| 76.122.148.122 | Comcast Cable | 8/28/10 1:39 PM | Shemale Pornstar - Celeste 6 |
| 98.209.78.190 | Comcast Cable | 8/28/10 9:54 AM | Shemale Yum - Danni Daniels 3 |
| 68.32.84.249 | Comcast Cable | 8/28/10 9:45 AM | Shemale Pornstar - Celeste 6 |
| 68.41.240.122 | Comcast Cable | 8/28/10 9:45 AM | Shemale Yum - Danni Daniels 3 |
| 98.194.227.249 | Comcast Cable | 8/28/10 9:37 AM | Shemale Yum |
| 69.254.241.36 | Comcast Cable | 8/28/10 12:32 PM | Shemale Yum - Danni Daniels 3 |
| 71.198.200.149 | Comcast Cable | 8/28/10 2:36 PM | Shemale Yum - Danni Daniels 3 |
| 67.181.107.83 | Comcast Cable | 8/28/10 2:26 PM | Shemale Yum  Curvy Mariah |
| 71.195.118.148 | Comcast Cable | 8/28/10 1:54 PM | Shemale Yum  Curvy Mariah |
| 98.210.93.106 | Comcast Cable | 8/28/10 9:45 AM | Shemale Yum  Curvy Mariah |
| 24.18.58.251 | Comcast Cable | 8/28/10 9:45 AM | Shemale Yum - Danni Daniels 3 |
| 98.212.139.171 | Comcast Cable | 8/28/10 11:30 AM | Shemales-from-hell - Giselly and Pablo |
| 71.194.45.251 | Comcast Cable | 8/28/10 9:45 AM | Shemale Pornstar - Celeste 6 |
| 71.193.118.39 | Comcast Cable | 8/28/10 9:45 AM | Shemale Yum  Curvy Mariah |
| 24.12.78.235 | Comcast Cable | 8/27/10 7:39 PM | Shemale Yum - Danni Daniels 3 |
| 69.242.54.4 | Comcast Cable | 8/28/10 11:39 AM | Shemale Yum |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 76.99.210.231 | Comcast Cable | 8/28/10 9:55 AM | Shemale Yum - Danni Daniels 3 |
| 76.99.249.57 | Comcast Cable | 8/28/10 9:49 AM | Shemale Yum - Danni Daniels 3 |
| 67.172.207.150 | Comcast Cable | 8/28/10 9:36 AM | Shemale Yum |
| 67.197.95.200 | Comporium Communications | 8/28/10 2:37 PM | Shemale Yum - Danni Daniels 3 |
| 174.69.205.166 | Cox Communications | 8/28/10 1:04 PM | Shemale Yum  Curvy Mariah |
| 68.98.123.90 | Cox Communications | 8/28/10 11:59 AM | Shemale Yum  Curvy Mariah |
| 68.230.224.84 | Cox Communications | 8/28/10 11:21 AM | Shemale Yum - Danni Daniels 3 |
| 98.165.231.37 | Cox Communications | 8/28/10 11:04 AM | Shemale Yum Brooke Zanell Set 4 |
| 68.13.57.225 | Cox Communications | 8/28/10 10:33 AM | Shemale Yum  Curvy Mariah |
| 174.66.161.50 | Cox Communications | 8/28/10 9:50 AM | Shemale Pornstar - Celeste 6 |
| 98.169.23.71 | Cox Communications | 8/28/10 9:50 AM | Shemales-from-hell - Giselly and Pablo |
| 72.219.140.85 | Cox Communications | 8/27/10 8:21 PM | Shemale Yum - Danni Daniels 3 |
| 63.246.52.17 | GEUS | 8/28/10 9:45 AM | Shemale Yum |
| 72.35.56.191 | Great Lakes Comnet | 8/28/10 9:45 AM | Shemale Yum - Danni Daniels 3 |
| 74.131.159.179 | Insight Communications Company | 8/28/10 10:43 AM | Shemale Pornstar - Celeste 6 |
| 72.235.0.95 | Insight Communications Company | 8/28/10 10:04 AM | Domino - Shemale Yum (070210) |
| 24.246.184.239 | Morris Broadband | 8/28/10 2:38 PM | Shemale Pornstar - Celeste 6 |
| 24.44.94.108 | Optimum Online | 8/28/10 1:00 PM | Shemale Yum  Curvy Mariah |
| 68.198.191.224 | Optimum Online | 8/28/10 12:04 PM | Shemale Yum  Curvy Mariah |
| 24.189.138.217 | Optimum Online | 8/28/10 11:39 AM | Shemale Yum  Curvy Mariah |
| 69.127.228.114 | Optimum Online | 8/28/10 10:04 AM | Shemale Pornstar - Celeste 6 |
| 66.65.71.63 | Road Runner | 8/28/10 2:38 PM | Shemale Yum - Danni Daniels 3 |
| 74.73.93.154 | Road Runner | 8/28/10 2:37 PM | Shemale Yum - Danni Daniels 3 |
| 72.133.45.208 | Road Runner | 8/28/10 10:04 AM | Shemale Yum  Curvy Mariah |
| 72.131.16.71 | Road Runner | 8/28/10 11:04 AM | Shemale Yum Brooke Zanell Set 4 |
| 76.166.183.96 | Road Runner | 8/28/10 12:44 PM | Shemale Yum |
| 184.91.50.187 | Road Runner | 8/28/10 10:04 AM | Shemale Pornstar - Celeste 6 |
| 72.227.167.188 | Road Runner | 8/28/10 1:15 PM | Shemale Yum  Curvy Mariah |
| 98.14.79.8 | Road Runner | 8/28/10 12:25 PM | Shemale Yum  Curvy Mariah |
| 66.108.57.123 | Road Runner | 8/27/10 7:46 PM | Shemale Yum - Danni Daniels 3 |
| 67.78.103.90 | Road Runner | 8/28/10 12:48 PM | Shemale Yum - Danni Daniels 3 |
| 24.227.238.170 | Road Runner | 8/28/10 9:45 AM | Shemale Yum - Danni Daniels 3 |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 173.172.165.186 | Road Runner | 8/27/10 8:56 PM | Shemale Pornstar - Celeste 6 |
| 66.69.120.152 | Road Runner | 8/27/10 8:56 PM | Shemale Yum - Danni Daniels 3 |
| 98.24.42.198 | Road Runner | 8/28/10 2:36 PM | Shemale Yum - Danni Daniels 3 |
| 24.74.180.240 | Road Runner | 8/28/10 12:45 PM | Shemale Yum Brooke Zanell Set 4 |
| 72.227.82.63 | Road Runner | 8/28/10 9:55 AM | Shemale Yum - Danni Daniels 3 |
| 71.64.103.159 | Road Runner | 8/28/10 10:22 AM | Shemale Yum |
| 173.168.116.119 | Road Runner | 8/28/10 1:29 PM | Shemale Yum Brooke Zanell Set 4 |
| 66.8.225.68 | Road Runner | 8/28/10 11:05 AM | Shemale Yum Brooke Zanell Set 4 |
| 66.91.98.96 | Road Runner | 8/28/10 9:37 AM | Shemale Yum |
| 173.88.127.146 | Road Runner | 8/28/10 2:19 PM | Shemale Yum |
| 69.107.123.144 | SBC Internet Services | 8/28/10 2:37 PM | Shemale Yum - Danni Daniels 3 |
| 76.240.210.197 | SBC Internet Services | 8/28/10 2:37 PM | Shemale Yum - Danni Daniels 3 |
| 99.7.255.68 | SBC Internet Services | 8/28/10 2:26 PM | Shemale Yum  Curvy Mariah |
| 76.203.37.41 | SBC Internet Services | 8/28/10 1:47 PM | Shemale Yum Brooke Zanell Set 4 |
| 68.126.151.179 | SBC Internet Services | 8/28/10 1:19 PM | Shemale Yum |
| 69.234.195.72 | SBC Internet Services | 8/28/10 12:06 PM | Shemale Pornstar - Celeste 6 |
| 99.6.235.173 | SBC Internet Services | 8/28/10 9:49 AM | Shemale Yum - Danni Daniels 3 |
| 68.121.242.24 | SBC Internet Services | 8/28/10 9:45 AM | Shemale Yum  Curvy Mariah |
| 70.254.48.101 | SBC Internet Services | 8/27/10 7:41 PM | Shemale Yum - Danni Daniels 3 |
| 74.197.125.154 | Suddenlink Communications | 8/28/10 11:05 AM | Shemale Yum Brooke Zanell Set 4 |
| 173.49.61.211 | Verizon Internet Services | 8/28/10 1:24 PM | Shemale Pornstar - Celeste 6 |
| 96.248.75.188 | Verizon Internet Services | 8/28/10 11:50 AM | Shemale Pornstar - Celeste 6 |
| 98.111.33.150 | Verizon Internet Services | 8/28/10 11:31 AM | Shemale Yum - Danni Daniels 3 |
| 173.65.21.89 | Verizon Internet Services | 8/28/10 11:26 AM | Shemales-from-hell - Giselly and Pablo |
| 173.65.226.33 | Verizon Internet Services | 8/28/10 11:24 AM | Shemale Yum - Danni Daniels 3 |
| 72.75.233.57 | Verizon Internet Services | 8/28/10 11:14 AM | Shemale Yum  Curvy Mariah |
| 72.83.111.122 | Verizon Internet Services | 8/28/10 11:05 AM | Shemale Yum Brooke Zanell Set 4 |
| 173.58.61.78 | Verizon Internet Services | 8/28/10 11:05 AM | Shemale Yum  Curvy Mariah |
| 71.252.208.253 | Verizon Internet Services | 8/28/10 11:04 AM | Shemale Yum Brooke Zanell Set 4 |
| 96.241.74.114 | Verizon Internet Services | 8/28/10 11:01 AM | Shemale Pornstar - Celeste 6 |
| 71.180.187.127 | Verizon Internet Services | 8/28/10 10:04 AM | Shemale Pornstar - Celeste 6 |
| 173.61.18.194 | Verizon Internet Services | 8/28/10 10:04 AM | Shemale Pornstar - Celeste 6 |

| | | | |
|---|---|---|---|
| 96.236.228.170 | Verizon Internet Services | 8/28/10 9:54 AM | Shemale Yum |
| 71.176.36.191 | Verizon Internet Services | 8/28/10 9:45 AM | Domino - Shemale Yum (070210) |
| 96.241.239.2 | Verizon Internet Services | 8/28/10 9:44 AM | Shemale Pornstar - Celeste 6 |
| 24.192.87.25 | WideOpenWest | 8/28/10 9:36 AM | Shemale Yum |