**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MILLENNIUM TGA, INC. | ) | |
| | ) | CASE NO.: 10 CV 5603 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| DOES 1 – 100 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**STATUS REPORT**

Pursuant to the Court's request for a status report, Plaintiff respectfully advises the Court

as follows:

1.      In accordance with the Court's Order dated September 13, 2010, Plaintiff served

Rule 45 Subpoenas on the Internet Service Providers identified in Exhibit A to Plaintiff's

Complaint.

2.      The date of production requested in the subpoenas is November 1, 2010.

3.      Plaintiff has communicated with several of the Internet Service Providers to

coordinate the logistics of production and, as requested, to provide data in an electronic format.

4.      Plaintiff is awaiting production from the majority of the Internet Service

Providers and expects that such production will occur on or before November 1, 2010.

[Intentionally left blank]

Respectfully submitted,

Millennium TGA, Inc.

**DATED:**  October 12, 2010

By:    /s/ John Steele_____
        John L. Steele (Bar No. 6292158)
        Steele Law Firm, LLC
        161 N. Clark St.
        Suite 4700
        Chicago, IL 60601
        312-893-5888;   Fax 312-893-5604
        john@steele-law.com
        *Attorney for Plaintiff*