## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Millenium TGA, Inc.

                            Plaintiff,

v.                                              Case No.: 1:10–cv–05603
                                                Honorable Blanche M. Manning

Does 1–100

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 8, 2010:

      MINUTE entry before Honorable Michael T. Mason:Plaintiff's Ex Parte Motion for Leave to File First Amended Complaint [17] is granted. Plaintiff is to file its First Amended Complaint by 11/15/10. The 11/09/10 notice date is stricken; no appearance is necessary on that date.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.