IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| MILLENNIUM TGA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 10-5603 |
| v. ) | Judge Manning |
| ) | |
| DOES 1-100, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT**

Plaintiff Millennium TGA, Inc., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), provides this notice that all claims against that certain defendant identified in the Complaint as associated with IP address **24.18.58.251**, should be, and hereby are, dismissed with prejudice.

Respectfully submitted,

Millennium TGA, Inc.


By: /s/ John L. Steele_____
One of Its Attorneys

John L. Steele (Bar No. 6292158)
Steele Law Firm, LLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-893-5888; Fax 312-893-5604
john@steele-law.com
*Attorney for Plaintiff*

6519343v1 63070