# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 800 )<br>)<br>    Defendants. )<br>)<br>_____ ) | CASE NO.: 10 CV 5603<br><br>Judge: Blanche M. Manning<br>Magistrate Judge: Michael T. Mason |

## NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT

Plaintiff MILLENNIUM TGA, INC., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), provides this notice that all claims against that certain defendant identified in the Complaint as associated with IP address **98.169.23.71**, should be, and hereby are, dismissed with prejudice.

                                        Respectfully submitted,

                                        Millennium TGA, Inc.

**DATED:** December 10, 2010

                                By:    /s/ John Steele
                                        John L. Steele (Bar No. 6292158)
                                        Steele | Hansmeier, PLLC
                                        161 N. Clark St.
                                        Suite 4700
                                        Chicago, IL 60601
                                        312-880-7458;   Fax 312-880-9160
                                        john@steele-law.com
                                        *Attorney for Plaintiff*