CIVIL ACTION no 1:10-CV-05603

TO THE united STATes district count For the northern district of illinois.

Dear united states MAGistrate Judge MicHAel T. MASon

my nAme IS EVERS MicHel, I'm writing this LetHer Reganding cHAnter my cABLe provider Receive A subpoena Reganding my IP address THAt Someone may be using my IP address For COPYRIGHt imFrigement by sHaring CopyriGHted FiLes. To mawe Sure exactly was this Letten suppoena CHAnter Receive, I gave them A CALLed And explAin To them I dont Have Anything To do with tHAt, tHe employer At cHAnter explAin to me becAuse I Have A wineless network tHAt is not Secure Anyone within 150 yAnds could Access my router And SHAre FiLes And it will sHow my IP address And I need to Secure my network. tHis Letter is about this company MiLLennium tGA InC tHey wANt my personAl imFormations ReLeAsing to tHem From my cABLe compAny CHAnter inc. I objject

that type of demand about my personal informations releasing to some company I dont know anything about and another reason I dont want any company or person to have my informations. I received an email which look like it came from Well Fargo's which is the bank company I bank with in that email they want me to click on a link and give them some info. When I called my bank they said they did not send me that email and I had to forward that email to reportphish @ wellsfargo.com I dont want charter to release my informations to any company or anyone please

thanks

FILED

DEC 13 2010

MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

EVERS Michel

civil Action no. 1:10-CV-05603