# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MILLENNIUM TGA, INC. | ) | |
| | ) | CASE NO.: 10 CV 5603 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Blanche M. Manning |
| | ) | Magistrate Judge: Michael T. Mason |
| DOES 1 – 800 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT

Plaintiff MILLENNIUM TGA, INC., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), provides this notice that all claims against that certain defendant identified in the Complaint as associated with IP address **174.69.205.166**, should be, and hereby are, dismissed with prejudice.

Respectfully submitted,

Millennium TGA, Inc.

**DATED:** December 15, 2010

By: /s/ John Steele
John L. Steele (Bar No. 6292158)
Steele | Hansmeier, PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160; Fax 312-893-5604
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

6519343v1 63070