# EXHIBIT A

**IP Address**
71.111.124.131
173.57.104.24
66.188.105.112
69.234.195.72
71.88.103.223
75.139.186.15
173.64.145.54
71.176.36.191
97.93.32.48
98.117.105.179
24.191.4.176
66.90.81.99
68.193.193.136
24.45.13.165
74.140.194.133