# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Millenium TGA, Inc.

                       Plaintiff,

v.                                             Case No.: 1:10−cv−05603
                                                   Honorable Blanche M. Manning

Does 1−800, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 29, 2011:

      MINUTE entry before Honorable Michael T. Mason:Currently pending in this matter are two motions to admit pro hac vice [29, 51]. Despite the fact that neither motion has yet been noticed for a hearing −− and thus the first, filed on 12/17/10, violates Local Rule 5.3(b) and is subject to denial for want of prosecution under Local Rule 78.2 −− we hereby grant both motions [29, 51]. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.