

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILLENIUM TGA, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. (or Docket No.) |
| ) | |
| v. ) | 1:10-cv-05603 |
| ) | |
| Ryan Robert Nicholl ) | **FILED** |
| ) | APR 1 2 2011 |
| 720-849-7012 ,*pro se* ) | Apr 12. 2011 |
| and multiple John Does ) | MICHAEL W. DOBBINS |
| ) | CLERK, U.S. DISTRICT COURT |
| Defendants, ) | |

## AFFIDAVIT IN SUPPORT OF MOTIONS TO DISMISS, MOTION TO QUASH, AND GENERAL DEFENSES

### Filed Under Penalty of Perjury

I, Ryan Robert Nicholl, the Affiant, am making and filing this affidavit solely in support of disputing jurisdiction in the above styled matter. However, in the event that jurisdiction is found proper, and proper service is effected on the undersigned, and if no supplementary answer is filed by the Defendant within 30 days of service, the intent of this affidavit shall be changed to be considered to be a verified response to the Plaintiff's complaint, negatively averring all claims, and setting forth affirmative defenses. I hereby certify that the following statements are true, and upon being first duly sworn on oath and before a person authorized to take swear and accept such oath, I, the Affiant, sayeth that:

*Personal Jurisdiction*

1

1. Affiant has had no contact and done no business with the Plaintiff, and has not entered into any agreements with the Plaintiff that is the subject of this claim and relief sought.

2. Affiant does not reside within the state or district in which the above styled case was filed, and instead resides in Littleton, CO 80121

3. Affiant has not caused tortuous injury within the state or district in which the above styled case was filed.

4. Affiant does not regularly solicit business within the state or district in which the above styled case was filed.

5. Affiant does not engage in any other persistent course of conduct within the state or district in which the above styled case was filed.

6. Affiant does not derive substantial revenue from goods used or consumed, or services rendered, within the state or district in which the above case was filed.

7. I have taken no action, and had no contacts, which would reasonably allow me to anticipate being haled into court within the state or district in which the above case was filed.

8. I am unaware of any defenses that I have taken that are similar in nature to the other Defendants in this case, and I am unaware of any reasonable connection between myself and the cases of the other Defendants.

*General Defenses/Affirmative Defenses*

Affiant, by virtue of selection by mark of the below affirmative defenses, adopts the statements as true within this affidavit:

☐ Affiant had their computer, and other internet devices, inspected by a technician and found an infection of malicious software installed without consent of Affiant. Through this malicious software, a user, other than the Affiant, could have routed peer-to-peer traffic through the computer of Affiant, and making it appear to the Plaintiff as if the Affiant had committed an act of infringement. Affiant has no knowledge of the alleged infringement.

☐ Affiant runs an operating system (e.g. Linux, Windows Server, etc.) which would allow a bittorent client to be operated by a remote user, and had such system open to multiple users at the time of alleged infringement. A user, other than the Affiant, could have committed the alleged infringement. Affiant has no knowledge of the alleged infringement.

☐ Affiant runs a Virtual Private Network, Proxy Server, or other such internet traffic re-routing server, and had such system open to multiple users at the time of the alleged infringement. A user, other than the affiant, could have committed the alleged infringement. Affiant has no knowledge of the alleged infringement.

☒ Affiant has a wireless router **without** security enabled (e.g. WEP, WPA, WPA2) and the internet address responsible for the alleged infringement was available for use to the general public within range. Affiant has no knowledge of the alleged infringement.

3

☐ Affiant has multiple computers in their residence used by multiple users (family members, roommates, friends, visitors, etc.), that all share the same IP address (internet connection). Affiant has no knowledge of the alleged infringement.

☐ Affiant has a wireless router **with** only WEP security enabled, and therefore the internet address responsible for the alleged infringement was susceptible to use to by the general public within range. Affiant has no knowledge of the alleged infringement.

☐ Affiant downloaded the movie, but such movie was intended to be used or used for non-profit educational purposes.

☐ Affiant, under penalty of perjury, certifies to this court, that they have no knowledge of the alleged infringement.

☐ Affiant owned a DVD of the movie during the alleged infringement and downloaded the movie in an effort to make a backup copy of the film on their computer.

☐ Affiant has multiple computers in their residence used by multiple users (family members, roommates, friends, visitors, etc.), that all share the same IP

address (internet connection). Affiant has knowledge of the alleged infringement, but did not commit the alleged infringement.

FURTHER, AFFIANT SAYETH NAUGHT.

BY SIGNING BELOW, I hereby declare, certify, verify, and state, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Dated 04 / 08 /20 11

Print Name: X_____, pro se
Ryan Robert Nicholl

**THE FOREGOING FACTS** were sworn to, subscribed and acknowledged as true before me on this __8__ day, of __April__, 2010, by __Ryan R Nicholl__, who is personally known to me or who produced a valid state driver's license as identification and who did take an oath.

_____ Notary State of CO
Notary Public - State of __Colorado__
Printed Name: Rosanna F Sweeney
My Commission No.: NA
My Commission Expires: July 22 2013

Dated this 08 day of April , 2011 .

Respectfully submitted,

X_____, pro se
Ryan Robert Nicholl

Name:
Address Ln1: 5231 s. Sherman St.
Address Ln2:
City, State, Zip: Littleton, CO 80121
Phone Number: 720-849-7012

5



NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

March 21, 2011

**Personal and Confidential**

*Via UPS Delivery*

RYAN NICHOLL
5231 S SHERMAN ST
LITTLETON, CO 80121-1029

      Re:    *Millennium TGA, Inc. v. Does 1-800*
              United States District Court for the Northern District of Illinois
              Docket No.: 1:10-cv-05603
              Order Entered: September 13, 2010
              Comcast File #: 213351

Dear Ryan Nicholl:

      Millennium TGA, Inc. has filed a lawsuit in the United States District Court for the Northern District of Illinois. You have been identified via your assigned Internet Protocol address in this lawsuit for allegedly infringing Millennium TGA, Inc.'s copyrights on the Internet by uploading and/or downloading a movie using a computer assigned the Internet Protocol address 67.161.200.109 on 10/31/2010 07:28:16 PM GMT. The Court has ordered Comcast to supply your name, address and other information to Millennium TGA, Inc. in the lawsuit referenced above and in the accompanying Subpoena, which is attached. Your case has been assigned Docket Number 1:10-cv-05603 by the Court. If you have any questions about the lawsuit, you should consult an attorney immediately. Comcast cannot and will not provide any legal advice.

      Comcast will provide your name, address and other information as directed in the Order unless you or your attorney file a motion to quash or vacate the Subpoena no later than April 11, 2011. If you make this filing, you must notify Comcast in writing with a copy of the filing by sending it via fax to **(866) 947-5587** no later than April 11, 2011. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Order to the Plaintiff.

      If you have any questions, you may contact us at **(866) 947-8572**.

                                  Sincerely yours,

                                  Comcast Legal Response Center

Attachments:    Copy of Court Order and accompanying Subpoena regarding civil action

11/16/2011 Case: 1:10-cv-05603 Document #: 67 Filed: 04/12/11 Page 7 of 9 PageID #:282
COMCAST BUSINESS COMMUNI  ⌀011
Case: 1:10-cv-05603 Document #: 12 Filed: 09/13/10 Page 1 of 2 PageID #:47

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MILLENNIUM TGA, INC.,           )
                                )
              Plaintiff,        )
                                )
      v.                        )    Case No: 10 CV 5603
                                )
DOES 1-100,                     )    Magistrate Judge Michael T. Mason
                                )
              Defendants.       )

### Order

Plaintiff Millennium TGA, Inc.'s *Ex Parte* Motion for Leave to Take Discovery Prior to a Rule 26(f) Conference [5] is granted as follows:

1) Plaintiff is allowed to serve immediate discovery on the Internet Service Providers (ISPs) listed in Exhibit A to the Complaint filed in this matter to obtain the identify of each Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify each Defendant, including name, current (and permanent) addresses, telephone numbers, email addresses and Media Access Control addresses.

2) Plaintiff may also serve immediate discovery on any ISP identified by the same means detailed in the Declaration and Motion, or identified as providing network access or online services to one or more Doe Defendants, by an ISP upon whom a Rule 45 subpoena is served, for which an infringing download has been identified by individual IP address together with the date and time access to a torrent swarm by such IP address was made for the purpose of downloading an unlawful copy of the Plaintiff's copyrighted creative works. Such Rule 45 subpoena shall seek information sufficient to identify each Doe Defendant, including his or her name, current (and permanent) addresses,

telephone number, e-mail address, and Media Access Control Address.

3) Plaintiff is allowed to serve a Rule 45 subpoena in the same manner as above to any ISP that is identified in response to a subpoena as a provider of Internet services to one of the Doe Defendants.

4) Any information disclosed to Plaintiff in response to a Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint.

5) Plaintiff shall provide each ISP with a copy of this Order.

*[signature]*

Michael T. Mason
United States Magistrate Judge

Dated: September 13, 2010

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| MILLENNIUM TGA, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-cv-05603 |
| DOES 1 - 800 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Comcast Cable Holdings, LLC, attn: Subpoena Compliance/Legal, c/o CT Corporation System, 208 LaSalle St, Chicago, IL 60604

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

| Place: Steele Law Firm, LLC<br>161 N Clark St. Ste. 4700<br>Chicago, IL 60601 | Date and Time:<br>12/23/2010 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ___11/08/2010___

*CLERK OF COURT*

OR

_____     /s/ John Steele
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Millennium TGA, Inc.__, who issues or requests this subpoena, are:

John Steele, Steele Law Firm LLC, 161 N Clark St. Ste. 4700, Chicago, IL 60601, john@steele-law.com; 312-893-5888