FILED 10 C 5603
APR 20 2011
AEE

APR 20 2011
Judge Blanche M. Manning
United States District Court

Annette Panter - 312-435-6860
United States Federal Court in the Northern District of Illinois

Hi Annette!

My name is Janice Hobbs and I spoke to you on the phone last Thursday, April 7th, 2011 about my cousin Deborah Granata, who received a letter by certified mail from John L. Steele, Attorney. Please file the enclosed letter Debbie has prepared and please file mark the two copies and mail them back in the self-addressed stamped envelope.

The case I am referencing is:

Millennium TGA, Inc. vs Does 1-800
Case No. 1:10-cv 05603, Ref. #1082

Thank you so much for taking the time to call me back the other day and for all your help. If you have any questions please feel free to call Debbie at 210-349-8109 or myself at 210-520-6595. Thank you for your help.

Janice Hobbs
8427 Timber Whisper
San Antonio, TX. 78250
&
Deborah Granata
118 Cornwall Dr
San Antonio, Texas 78216

April 11, 2011

John L. Steele
161 N. Clark St. 4700
Chicago, IL 60601

    RE: Millennium TGA, Inc. v. Does 1-800
       Case No. 1:10-cv-05603, Ref.#: 1082

Dear Sir:

    I received a certified letter for Deborah Granata on March 28, 2011. My name and address was on the outer label of the envelope only. Upon opening the letter I was aware the information was not mine. The contents of this letter was for a completely different person.

    I then called the number at the bottom of the letter with Ref.# 1082 to inform your firm you had the wrong person. I talked to a Mark Lutz who was very rude and would not listen that he had the wrong person and insisted it was not his problem. I continued to tell him that he had the wrong address and person. I have never lived in Helotes, Texas and have never had a E-Mail address with AT&T. His response was "so what do you want me to do?"

    We contacted AT&T and they informed me not to give out any of

2 OF 2

my information as I have never had an AT&T E-Mail address. My proof is at AT&T with no E-Mail and AT&T flagged my account for FRAUD. They claim they never gave you my name and address.

This is a mistaken identity and I want my name and address cleared. I have lived at the address 118 Cornwall Dr. San Antonio, Texas for the past 33 years.

Sincerely,
Deborah A. Granata



CERTIFIED MAIL

7010 3090 0002 8374 9214

U.S. POSTAGE PAID
SAN ANTONIO, TX
78246
APR 11, 11
AMOUNT
$9.60
00037281-10

U. S. District Court, Northern District of Illinois
219 S. Dearborn
Chicago, Il. 60604

RECEIVED
APR 1 8 2011 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RETURN RECEIPT REQUESTED

Attn: Annette Panter = RESTRICTED DELIVERY

ranata
118 Cornwall
San Antonio, TX. 78216

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE