

April 18, 2011

The Honorable Blanche Manning
Judge, US District Court
219 S. Dearborn
Chicago, IL 60604

Re: Civil Action No. 1:10-cv-05603

Dear Judge Manning,

I am writing this letter in regard to Civil Action No. 1:10-cv-05603. Last week we received two documents in an envelope from Neustar, 46000 Center Oak Plaza, Sterling, VA 20166. The envelope contained two documents. The first document was a letter on Neustar letter head, dated April 7, 2011, and titled Mass Subpoena Notification. The letter is not actually from Neustar, but is instead from Cox Communications, our internet provider. The letter informs us that a Civil Proceedings Subpoena Request was received from John Steele, Esquire, on 3/22/2011. It states that Cox Communications will comply with the subpoena on 4/21/2011, unless legal documents delay or terminate the process on or before 4/20/2011. The letter defers questions to John Steele. The letter states that Cox Communications is not a party to this lawsuit and has no information about the basis for the subpoena, but also states that if we need to contact NeuStar about the letter to contact Cox Communications at 877-510-4357. What the relationship is between NeuStar and Cox Communication is unknown. This document is not an original signed document, but is a photocopy.

The second document is titled United States District Court for the Northern District of Illinois, Civil Action No. 1:10-cv-05603, Millennium TGA, Inc., v Does 1-800. It states that we are commanded to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects and permit inspection, copying, testing, and sampling of material in accordance with the conditions in the attached order to provide name, addresses, telephone numbers, e-mail addresses and Media Access Control addresses. The place listed is Steele Law Firm, Chicago, IL 60601, and the date and time is 12/23/2010, 10:00 a.m., which is obviously not current. There is no signature of the Clerk of the Court, but a typed attorney's signature. This is also a photocopied document.

Upon receiving these documents, I contacted the office of John Steele. I expressed my confusion about the conflicting dates, and asked what the letter meant. The gentleman explained that it related to bit torrent protocol, and that his client is settling today for $2900. I stated that I was not going to pay someone when I didn't even understand what was going on. The gentleman responded that it wuld be fine if I did that, but that I would have my name in the in the paper. I then asked him if I needed to seek an attorney. He told me that I could if I wanted to, but that he could take care of it for me. Needless to say, this was alarming.

I then contacted a docket clerk (Haydee) at the US District Court for the Northern District of Illinois, to see if I could obtain information about the case. She said there was an active case, Does 1-100, but that is different information and does not match the subpoena mailed to me, which states Does 1-800.

I then made an appointment with a local attorney. The attorney I met with informed me that he was not licensed to do anything in US District Court, and would refer me to someone else. He also thought that the paperwork was confusing  We live in a semi-rural area, and I had to be referred to someone in       ,
KS, to discuss this case. I contacted the          attorney's office that I was referred to, only to be told that he will be out of the office until Wednesday. I have left two messages on his cell phone, and sent him an e-mail with copies of the documents attached. I have received an e-mail response and he will contact me when he returns to

With only one week to respond, I am very concerned about meeting the deadline of April 20, 2011, as

stated in the letter. Because of this, I am writing this letter. The following points are of great concern to me:

- The subpoena is commanding presentation of information at a time that is already past (12/23/2010), and confllicts with the letter which demands presentation of materials by 4/20/2011.
- The postmark on the envelope is 4/8/2011, and was mailed from Virginia to Kansas. I received the letter on approximately April 13. That has allowed me only 4-5 business days to obtain an attorney and respond to the subpoena.
- These documents are very confusing, particularly with the conflicting dates and Cox Communication's letter on the Neustar letterhead. There is no explanation of why we have received the subpoena, which led us to contact Mr. Steele's office and receive the offer of a $2900 settlement.
- The conversation with Mr. Steele's office was **extremely unsettling and offensive.**
- I am extremely concerned of possible compromise of any of my credit card purchases, online banking, etc. by the release of electronically stored information. What protection do I have in this matter?
- The distance between Kansas and Illinois creates great difficulty in this matter.

We have made, and continue to make every effort to comply with the subpoena. However, because of the points listed above, we are requesting that this subpoena be nullified and the case dropped.

I also would like express my appreciation to the individuals that I spoke with at the US District Court Office in Chicago. These individuals were very professional, respectful and helpful at all times, and we truly appreciate that.

Thank you for your attention to this matter.

Respectfully,

KS



The Honorable Blanche M. Manning
Judge, U.S. District Ct.
219 S. Dearborn
Chicago, Ill. 60604