Christopher K. McDaniel

6229 Thomaston Rd. Apt. 913

Macon, GA, 31220

10cv5603



April 18, 2011

United States District Court for the Northern District of Illinois

219 S Dearborn St

Chicago, IL, 60604

Dear Court,

I am the respondent in the case <u>Millennium TGA, INC. v. DOES 1-800</u>. I am motioning to quash the subpoena I have received.

I am a resident in the state of Georgia and have never been to Illinois. This subpoena may require me to travel more than 100 miles to the court and would cause undue burden. I am currently an unemployed college student lacking the funds to seek counsel and any traveling expenses I may incur. Furthermore, I received this subpoena in the mail on April 11, 2011 and it was dated November 08, 2010, leaving me little time to decide on the proper course of action and less time to seek counsel. I have attached a copy of the forms I have received.

Respectfully,

Christopher K. McDaniel

October 9, 1986

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

MILLENNIUM TGA, INC.
  *Plaintiff*
  v.                                    Civil Action No. 1:10-cv-05603
DOES 1 - 800
  *Defendant*
  (If the action is pending in another district, state where:           )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Cox Communications, Inc., attn: Subpoena Compliance/Legal c/o Corporation Service Company, 40 Technology Pkwy South #300, Norcross, GA 30092

☒ *Production*: YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: In accordance with the conditions in the attached order, provide the name, current (and permanent) addresses, telephone numbers, e-mail addresses and Media Access Control addresses of all persons whose IP addresses are listed in the attached spreadsheet. We will be pleased to provide data to you in the most efficient and cost effective format if you let us know what your preferred format is.

| Place: Steele Law Firm, LLC<br>161 N Clark St. Ste. 4700<br>Chicago, IL 60601 | Date and Time:<br>12/23/2010 10:00 am |

☐ *Inspection of Premises*: YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/08/2010

# neustar

Date: 04/07/2011

## MASS SUBPOENA NOTIFICATION

Chris McDaniel
6229 Thomaston Rd., APT 913
Macon, GA 31220

Target Details: IP Address 70.185.162.172 on 11/06/2010 09:37:34 AM

Dear Customer:

It is the policy of Cox Communications to notify a subscriber that a subpoena has been received for the subscriber's records.

Accordingly, please be advised that on 03/22/2011 a Civil Proceeding Subpoena Request was received from John Steele, Esquire, Phone # (312)-893-5888.

Cox Communications will comply with this subpoena on 04/21/2011 unless we receive legal documents that delay or terminate the process on or before 04/20/2011.

Cox Communications is not a party to this lawsuit and has no information about the basis for the subpoena. Any questions you may have about the subpoena itself should be referred to John Steele, Esquire, Phone # (312)-893-5888. If you have a need to contact NeuStar about this letter or our procedure, please contact us at (877) 510-4357, Option 4. To better enable us to provide prompt assistance, please refer to case # AD23384 when calling.

Sincerely,

Angelique Dade
Authorized Agent for Custodian of Records
Cox Communications

If you would like to authorize the release of your records immediately, please sign in the space provided below and fax this page to us at (571) 434-3401.