## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
## Eastern Division

Millenium TGA, Inc.
                              Plaintiff,

v.                                                  Case No.: 1:10−cv−05603
                                                         Honorable Blanche M. Manning

Doe, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 20, 2011:

      MINUTE entry before Honorable Blanche M. Manning: Movant John Doe 68.239.158.137's motion for sanction of dismissal with prejudice [102] is entered and continued to 10/4/2011 at 11:00 AM. No appearance is required on 9/20/2011.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.