AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Millenium TGA, Inc., *Hawaiian Corporation* ) <br> *Plaintiff* ) <br> v. ) <br> Doe ) <br> *Defendant* ) | Civil Action No. 10 C 5603 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: This case is dismissed for lack of personal jurisdiction and improper venue. Given that the court has previously found that the plaintiff named Doe IP 68.239.158.137 as a defendant despite the plaintiff's insistence to the contrary, the case is dismissed for lack of personal jurisdiction. Given that the plaintiff has failed to allege facts demonstrating that personal jurisdiction is proper in this district, the court also concludes that venue in this district is improper.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge Blanche M. Manning

Date: Sep 26, 2011

Michael W. Dobbins, Clerk of Court

/s/ Robbie T. Hunt

*Signature of Clerk or Deputy Clerk*